# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
OCT 22 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

EARL COLEMAN,

*Plaintiff(s)*
v.

Civil Action No. 5:19-CV-35

FREDERICK ENTZEL,

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: IT IS ORDERED that the Respondent's motion to DISMISS or, in the Alternative, for Summary Judgment is GRANTED; that the Petition for Habeas Corpus is DISMISSED WITH PREJUDICE; that Judgment is entered in favor of said Respondent; and that this civil action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  John Preston Bailey

Date: October 22, 2019

*CLERK OF COURT*
Cheryl Dean Riley
By: S. O. Abraham, Deputy Clerk
*Signature of Clerk or Deputy Clerk*